**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6189

GABRIEL A. ANTONIO,

Petitioner - Appellant,

versus

ARLINGTON COUNTY'S COMMONWEALTH ATTORNEY;
ARLINGTON COUNTY'S SHERIFF; ARLINGTON COUNTY
CHIEF OF POLICE,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:05-cv-00510-JCC)

Submitted: July 25, 2006            Decided: August 1, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gabriel A. Antonio, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gabriel A. Antonio appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion filed in his petition for writ of injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Antonio v. Arlington County's Commonwealth Attorney</u>, No. 1:05-cv-00510-JCC (E.D. Va. Jan. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>